*If this opinion indicates that it is "FOR PUBLICATION," it is subject to
revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

*In re* A. B. DAVIS, Minor.

UNPUBLISHED
June 22, 2026
1:34 PM

No. 376678
Wayne Circuit Court
Family Division
LC No. 2025-000641-NA

Before: MARIANI, P.J., and MURRAY and PATEL, JJ.

PER CURIAM.

Respondent appeals as of right an order removing her minor child, AD, from her care and custody and placing him in a temporary wardship with his legal father.[1] We dismiss this appeal as moot.

The trial court removed AD from respondent's care and placed AD in a temporary wardship with the legal father. However, the trial court terminated the temporary wardship and returned AD to respondent's care while this appeal was pending.

"Whether a case is moot is a threshold question that we address before reaching the substantive issues of a case." *Gleason v Kincaid*, 323 Mich App 308, 314; 917 NW2d 685 (2018). "An issue is moot when a subsequent event makes it impossible for this Court to grant relief." *Id*. There are exceptions for matters of public significance that may recur yet evade review or where a party might remain affected by collateral legal consequences. *In re Detmer/Beaudry*, 321 Mich App 49, 56; 910 NW2d 318 (2017).

Here, the issue raised on appeal is moot. AD was returned to respondent's care and the trial court closed the case following an adjudication trial. Thus, the relief respondent requests—to return AD to her care—has already occurred, leaving us without a remedy to provide respondent.

---

[1] Although legal father was a respondent in the petition, he is not a party to this appeal, so we only refer to legal mother as "respondent" throughout this opinion.

We see no applicable exception to the mootness doctrine to address the merits of this appeal, and respondent has provided none despite having an opportunity to do so. See *In re Davis*, unpublished order of the Court of Appeals, entered February 17, 2026 (Docket No. 376678) (inviting the parties to submit supplemental briefing on the issue of mootness). Therefore, we dismiss this appeal as moot.

Dismissed.

/s/ Philip P. Mariani
/s/ Christopher M. Murray
/s/ Sima G. Patel